**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| CRANBROOK SENIOR LIVING, LLC, a Michigan Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>RESORT LIFESTYLES COMMUNITIES, INC., a Nebraska corporation; and WILLOW PINE RETIREMENT COMMUNITY LLC, a Nebraska limited liability company,<br><br>Defendants. | Case No. 2:23-cv-10143-LJM-JJCG<br><br>HON. LAURIE J. MICHELSON<br><br>MAGISTRATE JUDGE JONATHAN J.C. GREY |

**STIPULATED ORDER OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS**

Pursuant to the Stipulation of the parties,

IT IS HEREBY ORDERED that this case is dismissed with prejudice and without costs.

SO ORDERED.

Dated: June 30, 2023

s/Laurie J. Michelson
LAURIE J. MICHELSON
UNITED STATES DISTRICT JUDGE

**STIPULATED TO:**

*/s/ Jill M. Wheaton*
Jill M. Wheaton (P49921)
Dykema Gossett PLLC
2723 S. State St., Ste. 400
Ann Arbor, MI 48104
734-214-7629
jwheaton@dykema.com

*Attorneys for Plaintiff*

Date: June 30, 2023

*/s/John S. Artz (w/consent) /*
John S. Artz (P48578)
Dickinson Wright PLLC
350 S. Main Street
Ann Arbor, MI 48104
248-433-7262
JSArtz@dickinsonwright.com

*Attorneys for Defendants*

Date: June 30, 2023